*In re* EUGENIO PÉREZ MATOS.

*Número:* TS-3687  *Resuelto:* 14 de abril de 2005

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Pedro J. Torres Marcano*, abogado del peticionario.

## RESOLUCIÓN

Atendida la Moción para que se Deje sin Efecto Suspensión del Ejercicio de la Abogacía del Compareciente Eugenio Pérez Matos, de 12 de abril de 2005, y la Moción de Desistimiento, de 1 de abril de 2005, presentada por el Colegio de Abogados de Puerto Rico, *se autoriza la reinstalación del Sr. Eugenio Pérez Matos al ejercicio de la abogacía y la notaría.*

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Fiol Matta no intervino

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*